## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 25-8426 PVC                                Date:  May 20, 2026

Title        Joseph Gilbert Merrill v. Rawlings Sporting Goods Company, Inc.

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  None  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| :---: | :---: |
| None | None |

**PROCEEDINGS:   [IN CHAMBERS] ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FOLLOW COURT ORDERS**

On September 5, 2025, Plaintiff filed his Complaint.  (Dkt. No. 1).  The case was assigned to the undersigned Magistrate Judge on September 16, 2025.  (Dkt. No. 5).  On September 16, 2025, the Summons was issued.  (Dkt. No. 6).  Pursuant to the Notice of Assignment, the deadline to submit a declination of consent was due September 30, 2025. (*See* Dkt. No. 5).  Under the Federal Rules, if a Defendant is not served within 90 days after the Complaint is filed, a case must be dismissed.  *See* F. R. Civ. P. 4(m).  This deadline was December 5, 2025.  Further, Local Rule 41-1 provides that "Civil suits which have been pending for an unreasonable period of time without any action having been taken therein may, after notice, be dismissed for want of prosecution.  As of today, nothing has transpired in this case since September 16, 2025.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **seven days** of the date of this Order, why this case should not be dismissed with prejudice for Plaintiff's failure to prosecute and comply with court orders.  Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

|  | 00:00 |
| :---: | :---: |
| **Initials of Preparer** | mr |